AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. MJ 13-7498-CWD |
| Michael Brian Clair | ) | |
| Defendant | ) | |

**ARREST WARRANT**

U.S. COURTS
FEB 2 6 2013
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Michael Brian Clair                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Sexual Exploitation of Children - Production of Sexually Explicit Images of a Minor in violation of Title 18, United States Code, Section 2251(a) and Possession of Sexually Explicit Images of a Minor in violation of Title 18, United States Code, Section 2252(a)(4)(B).

Date: 2/22/2013

*Issuing officer's signature*

City and state:   Boise, Idaho

Hon. Candy W. Dale, United States Chief Magistrate Judge
*Printed name and title*

---

**Return** W 2-22-2013

This warrant was received on *(date)* 2-22-2013, and the person was arrested on *(date)* 2-24-2013
at *(city and state)* Boise, Idaho.

Date: 2-24-2013

*Arresting officer's signature*

Krystina Dennig / Agent
*Printed name and title*